**E-Filed 10/20/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TSVETEN S. TORBOV, | Case Number 05:10-cv-03865-JF/HRL |
| Plaintiff, | ORDER[1] ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION |
| v. | |
| ANN MURPHY, | |
| Defendant. | [re docket entry 8 ] |

On September 17, 2010, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation that this Court dismiss the action for lack of subject matter jurisdiction. No objections have been filed. The Court has reviewed Judge Lloyd's recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Lloyd. Accordingly, the action will be dismissed for lack of subject matter jurisdiction.

On October 14, 2010, Plaintiff filed a document entitled "RESPONSE RE CONSENT

---

[1] This disposition is not designated for publication in the official reports.

TO PROCEED BEFORE US MAGISTRATE JUDGE AND REQUEST FOR ADDITIONAL TIME RE THE INSTANT MATTER." Plaintiff requests that all dates and deadlines in this matter be extended for 180 days to accommodate his need to have a surgery to address a back condition. This document was filed after the expiration of Plaintiff's deadline to object to the Report and Recommendation. However, even construing Plaintiff's request as seeking an extension of time to object to the Report and Recommendation, the request will be denied. Because this Court lacks subject matter jurisdiction over the action, granting Plaintiff additional time would not avail him any benefit.

Accordingly, this action is HEREBY DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.

IT IS SO ORDERED.

DATED: October 20, 2010

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

Tsveten S Torbov
1679 Valley Crest Court
San Jose, CA 95131


Carlos Gregory Martinez cmartin@isonlaw.com


Bernard Nathan Wolf
Attorney at Law
225 Bush Street
Suite 1439
San Francisco, CA 94104

3

Case No. 05:10-cv-03865-JF/HRL
ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION
(JFLC2)